Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| TYLER JOHN BUCK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SERVICES, INC.; TRANS UNION, LLC; VERIZON WIRELESS, INC.; and JEFFERSON CAPITAL SYSTEMS, LLC<br><br>　　　　　Defendants. | NO. 3:22-cv-05975-RSM<br><br>AGREED ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR JEFFERSON CAPITAL SYSTEMS, LLC TO FILE ANSWER TO COMPLAINT |

THIS MATTER having come before the Court on the Plaintiff's and Jefferson Capital Systems' Stipulated Motion for Extension of Time for Defendant Jefferson Capital Systems, LLC to file an Answer ("Stipulated Motion") to the Complaint, and the Court having considered the Stipulated Motion, now hereby, ORDERS, ADJUDGES, AND DECREES that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant Jefferson Capital Systems, LLC shall file its Answer on or before January 30, 2023.

///

STIPULATED MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT CONVERGENT OUTSOURCING, INC. SHALL RESPOND TO COMPLAINT – Page **1** of **3**

7694551.1

DATED this 10th day of January, 2023.

                                                  *[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

| TERRELL MARSHALL LAW GROUP, | WILLIAMS, KASTNER & GIBBS |
|---|---|
| *s/Beth E. Terrell* | By: *s/Ryan W. Vollans* |
| Beth E. Terrell, WSBA No. 26759 | Ryan W. Vollans, WSBA No. 45302 |
| 936 N. 34th St. | Two Union Square |
| Seattle, WA 98103 | 601 Union Street, Suite 4100 |
| Phone: 206-816-6603 | Seattle, WA 98101-2380 |
| Email: bterrell@terrellmarshall.com | Phone: 206-628-6600 |
| | Email: rvollans@williamskastner.com |
| ***Counsel for Plaintiff Tyler John Buck*** | ***Counsel for Defendant Jefferson Capital Systems, LLC*** |

STIPULATED MOTION FOR EXTENSION OF TIME WITHIN
WHICH DEFENDANT CONVERGENT OUTSOURCING, INC.
SHALL RESPOND TO COMPLAINT – Page **2** of **3**

7694551.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 9**th day of January 2023**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

DATED this 9th day of January 2023

*s/Ryan W. Vollans*
Ryan W. Vollans, WSBA No. 45302
Counsel for Jefferson Capital Systems, LLC

STIPULATED MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT CONVERGENT OUTSOURCING, INC. SHALL RESPOND TO COMPLAINT – Page **3** of **3**

7694551.1