The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION**

| | |
|---|---|
| TYLER JOHN BUCK,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; VERIZON WIRELESS, LLC; and JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>Defendants. | Case No. 3:22-cv-05975-RSM<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**NOTED FOR HEARING:**<br>**same day motion** |

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. In support of its motion, Equifax states as follows:

1. On December 13, 2022, Plaintiff Tyler John Buck filed a Complaint in the United States District Court for the Western District of Washington. (ECF No. 1).

2. Equifax was served via process service on its registered agent, Corporation Service Company, on December 28, 2022.

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
[NO. 3:22-CV-05975-RSM] - 1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

90873054v.1

3. Pursuant to Rules 8 and 12 of the Federal Rule of Civil Procedure, Equifax must file its responsive pleading by January 18, 2023.

4. On January 9, 2023, counsel for Equifax conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint. Plaintiff's counsel confirmed that Plaintiff consents to Equifax's requested extension.

5. Thus, to allow Equifax additional time to investigate Plaintiff's allegations and to engage in informal settlement discussions with Plaintiff's counsel, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including March 3, 2023

6. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

7. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including March 3, 2023.

Respectfully submitted this January 13, 2023.

SEYFARTH SHAW LLP

By:   */s/Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone:   (206) 946-4910
Email:   aescobar@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
[NO. 3:22-CV-05975-RSM] - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

90873054v.1

1    IT IS SO ORDERED.

2    DATED this 17th day of January, 2023.

3

4

5                                            RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
[NO. 3:22-CV-05975-RSM] - 3

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

90873054v.1

1

<u>**CERTIFICATE OF SERVICE**</u>

2

   I hereby certify that on January 13, 2023, I presented the foregoing DEFENDANT

3

EQUIFAX INFORMATION SERVICES, LLC'S UNOPPOSED MOTION FOR AN

4

EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S

5

COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification

6

of such filing to all counsel of record.

7

8
                              */s/ Andrew R. Escobar*
                              Andrew R. Escobar
9                             *Counsel for Defendant*
                              *Equifax Information Services LLC*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
[NO. 3:22-CV-05975-RSM] - 4

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

90873054v.1