# THE UNITED STATES DISTRICT
# FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER JOHN BUCK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, VERIZON WIRELESS, LLC, and JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-05975-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

　　　After having considered the Stipulated Motion for Extension of Time to Respond to Complaint ("Motion") filed by Defendant VERIZON WIRELESS SERVICES, LLC, and LLC, ("Defendant"), and Plaintiff TYLER JOHN BUCK ("Plaintiff");

　　　The Court GRANTS the Motion.

　　　IT IS HEREBY ORDERED that Defendants shall have up to and including February 21, 2023, to file its response to the Complaint.

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
(Case No. 3:22-cv-05975-RSM)

IT IS SO ORDERED.

Dated this 19th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Donald G. Grant
DONALD G. GRANT, WSBA#15480
Of Counsel for Defendant Verizon Wireless Services, LLC
TEL:   (360) 210-5000