UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TYLER JOHN BUCK,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; VERIZON WIRELESS, INC.; AND JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendants.

Case No. 3:22-cv-05975-RSM

**ORDER REGARDING JOINT MOTION TO AMEND CASE CAPTION**

THIS MATTER having come before the Court on Plaintiff's and Defendant Verizon Wireless Services, LLC's Joint Motion to Amend Case Caption ("Joint Motion"), and the Court having considered the Joint Motion, now hereby, ORDERS, ADJUDGES, AND DECREES that the Joint Motion is GRANTED.

**IT IS FURTHER ORDERED** that the case caption be amended by the Clerk so that Defendant Verizon Wireless, Inc. now be recognized as **Verizon Wireless Services, LLC**, and that all references in the Complaint to Verizon Wireless, Inc. are hereafter to be deemed to refer to "Verizon Wireless Services, LLC."

SO ORDERED this 19th day of January, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REGARDING JOINT MOTION TO AMEND CASE CAPTION- 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com