THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TYLER JOHN BUCK,

        Plaintiff,

    vs.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; VERIZON WIRELESS, INC.;
AND JEFFERSON CAPITAL SYSTEMS, LLC,

        Defendants.

Case No. 3:22-cv-05975-RSM

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY ORDER SETTING TRIAL DATE AND RELATED DATES**

THIS MATTER having come before the Court on Plaintiff's Motion to Modify Order Setting Trial Date and Related Dates, and the Court having considered the Motion, now hereby, ORDERS, ADJUDGES, AND DECREES that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the following deadlines set in the March 22, 2023 Order Setting Trial Date and Related Dates (ECF No. 044) are extended as follows: 1) the deadline for filing motions related to discovery is extended to and including February 12, 2024, 2) the deadline for completion of discovery is extended to and including March 13, 2024, and 3) the deadline to file all dispositive motions is extended to and including April 11, 2024.

DATED this 12th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO MODIFY ORDER
SETTING TRIAL DATE AND RELATED DATES - 1
Case No. 3:22-cv-05975-RSM