THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| TYLER JOHN BUCK,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; VERIZON WIRELESS, INC.; AND JEFFERSON CAPITAL SYSTEMS, LLC<br><br>   Defendants. | Case No. 3:22-cv-05975-RSM<br><br>**STIPULATION AND ORDER TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |

   Plaintiff TYLER JOHN BUCK ("Plaintiff"), by counsel, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Experian be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

   Plaintiff's claims against Defendants Trans Union, Verizon Wireless, Inc., and Jefferson Capital Systems, LLC still remain before the Court.

EXPERIAN'S STIPULATION AND ORDER TO DISMISS
Case No: 3:22-cv-05975-RSM

NAI-1539153871v1

Jones Day
3161 Michelson Dr., Ste. 800
Ph. (949) 851-3939/Fax (949) 553-7539
angelataylor@jonesday.com

| | | |
|---|---|---|
| 1 | Dated:  January 26, 2024 | Respectfully submitted, |
| 2 | | JONES DAY |
| 3 | | |
| 4 | | By:  *s/ Angela M. Taylor* |
| | | Angela M. Taylor, CASBA No. 210425 |
| 5 | | *Admitted Pro Hac Vice* |
| | | 3161 Michelson Drive, Ste. 800 |
| 6 | | Irvine, California 92612 |
| | | Telephone: 949.851.3939 |
| 7 | | Email: angelataylor@jonesday.com |
| 8 | | Rachel Groshong, WSBA NO. 47021 |
| | | 600 University Street, Suite 3600 |
| 9 | | Seattle, WA 98101 |
| | | Telephone: 206.624.0900 |
| 10 | | Email: Rachel.groshong@stoel.com |
| 11 | | Attorneys for Defendant |
| | | EXPERIAN INFORMATION |
| 12 | | SOLUTIONS, INC. |
| 13 | Dated:  January 26, 2024 | BERGER MONTAGUE PC |
| 14 | | |
| 15 | | By:  *s/ Hans W. Lodge* |
| | | Hans W. Lodge, MN No. 0397012 |
| 16 | | *Admitted Pro Hac Vice* |
| | | 1229 Tyler St NE, Ste. 205 |
| 17 | | Minneapolis, MN 55413 |
| | | Telephone: 612-607-7794 |
| 18 | | Email: hlodge@mb.net |

IT IS SO ORDERED.

DATED this 29th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

EXPERIAN'S STIPULATION AND ORDER TO DISMISS
Case No: 3:22-cv-05975-RSM

NAI-1539153871v1

- 2 -

Jones Day
3161 Michelson Dr., Ste. 800
Ph. (949) 851-3939/Fax (949) 553-7539
angelataylor@jonesday.com