UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER JOHN BUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; VERIZON WIRELESS SERVICES, LLC; and JEFFERSON CAPITAL SYSTEMS, LLC;<br><br>    Defendants. | CASE NO. 3:22-cv-05975-RSM<br><br>**STIPULATION AND ORDER TO DISMISS JEFFERSON CAPITAL SYSTEMS, LLC** |

Plaintiff TYLER JOHN BUCK ("Plaintiff"), by counsel, and Defendant JEFFERSON CAPITAL SYSTEMS, LLC ("JCAP") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against JCAP be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Plaintiff's claims against Defendants Trans Union and Verizon Wireless, Inc., still remain before the Court.

IT IS SO ORDERED.

DATED this 1st day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER – 1
3:22-cv-05975-RSM