# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER JOHN BUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; VERIZON WIRELESS SERVICES, LLC; and JEFFERSON CAPITAL SYSTEMS, LLC;<br><br>    Defendants. | CASE NO. 3:22-cv-05975-RSM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR 60-DAY CONTINUANCE OF CASE DEADLINES OR, IN THE ALTERNATIVE, TO STAY DISCOVERY AND REMAINING CASE DEADLINES AND SET SETTLEMENT CONFERENCE** |

Defendant Trans Union, LLC ("Trans Union"), by counsel, along with Defendant Verizon Wireless having filed their Unopposed Motion For 60-Day Continuance Of Case Deadlines Or, In The Alternative, To Stay Discovery And Remaining Case Deadlines And Set Settlement Conference, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that this matter will be transferred to a designated Magistrate Judge to schedule a settlement conference between the parties and all remaining case deadlines in this matter will be extended by 60 days to accommodate a settlement conference.

DATED this 1st day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER – 1
3:22-cv-05975-RSM