THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER JOHN BUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; VERIZON WIRELESS SERVICES, LLC; AND JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>    Defendants. | Case No. 3:22-cv-05975-RSM<br><br>**STIPULATION AND ORDER TO DISMISS TRANS UNION, LLC**<br><br>**NOTED FOR CONSIDERATION:**<br>MAY 8, 2024 |

Plaintiff TYLER JOHN BUCK ("Plaintiff") by counsel, and Defendant TRANS UNION, LLC ("Trans Union") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Trans Union be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 8, 2024

Respectfully submitted,

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
    Beth E. Terrell, WSBA #26759
    Jennifer Rust Murray, WSBA #36983

STIPULATION AND ORDER TO DISMISS TRANS UNION, LLC - 1
Case No. 3:22-cv-05975-RSM

| | |
|---|---|
| 1 | 936 North 34th Street, Suite 300 |
| 2 | Seattle, Washington 98103-8869 |
| | Telephone: (206) 816-6603 |
| 3 | Email: bterrell@terrellmarshall.com |
| | Email: jmurray@terrellmarshall.com |

BERGER MONTAGUE PC
Hans W. Lodge (MN Bar # 0397012)*
*Admitted Pro Hac Vice*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 607-7794
Email: hlodge@bm.net

*Counsel for Plaintiff Tyler John Buck*

Dated: May 8, 2024

RANALLO LAW OFFICE

By: */s/ Nicholas Ranallo*
Nicholas Ranallo, WSBA No. 51439
5058 57th Avenue South
Seattle, Washington 98118
Telephone: (831) 607-9299
Facsimile: (831) 533-5073
Email: nick@ranallolawoffice.com

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

William M. Huse (IN Bar # 3162249)*
Che'lee A. John (IN Bar # 3502406)*
*Admitted Pro Hac Vice*
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 603
Facsimile: (317) 899-9348
Email: whuse@qslwm.com

*Counsel for Defendant Trans Union, LLC*

STIPULATION AND ORDER TO DISMISS TRANS UNION, LLC - 2
Case No. 3:22-cv-05975-RSM

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of May, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS TRANS UNION, LLC - 3
Case No. 3:22-cv-05975-RSM

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com